THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVE WUJANIK, Appellant.— Judgment of conviction reversed on the law and facts and a new trial granted upon the exceptions taken and upon the ground that under the charge

---

* Affd., 264 N. Y. ——.

and rulings of the court defendant was deprived of the benefit of section 393 of the Code of Criminal Procedure and was not accorded a fair trial. (*People* v. *Fitzgerald,* 156 N. Y. 253; *People* v. *Mantin,* 184 App. Div. 767; *People* v. *Springer,* 137 id. 304.) All concur.